THE PEOPLE OF THE STATE OF NEW YORK, Appellant and Respondent, *v.* FRANK N. TARAS, Respondent and Appellant.

Argued February 27, 1947; decided April 17, 1947.

*Charles P. Sullivan, District Attorney (Henry W. Schober* of counsel), for People of the State of New York, appellant and respondent.

*Joseph Lonardo* for defendant, respondent and appellant.

Upon appeal by the People: Appeal dismissed. Upon appeal by the defendant: Order affirmed. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS CONWAY, DESMOND, THACHER, DYE and FULD, JJ.